UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:20-cv-10026-SB (JEMx) | Date: | 11/12/2021 |
|---|---|---|---|

| Title: | *Legendary Structures, Inc. v. Navigators Specialty Ins. Co.* |
|---|---|

Present: The Honorable   **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Appearing   None Appearing

**Proceedings:**   **[IN CHAMBERS] SHOW CAUSE ORDER AND DISMISSAL OF ACTION WITH PREJUDICE [JS-6]**

The Court held a continued hearing on the Order to Show Cause (OSC) re: Dismissal in this case on November 12, 2021. The Court expressed its dissatisfaction with the level of professionalism shown by Plaintiff's counsel towards both opposing counsel and the Court in finalizing the settlement agreement and working to meet the Court's OSC deadline. After discussing the matter with Plaintiff's counsel, the Court is satisfied that Plaintiff's counsel understands the importance of being diligent and responsive and accepts his pledge not to repeat the troubling conduct. The Court hereby **discharges** the OSC. The parties also confirmed that the settlement in this case has been finalized. Thus, the Court hereby **grants** the stipulation to dismiss this case in its entirety with prejudice.

**IT IS SO ORDERED**.